USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

In re: **Delta Air Lines, Inc.**

------------------------------------------------X

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

07-CV-9654 LBS

FROM:  KATHLEEN FARRELL-WILLOUGHBY, CLERK
       UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK

TO:    J.MICHAEL MCMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

IN RE: Delta Air Lines, Inc.
DATE OF FILING NOTICE OF APPEAL: 8/30/2007

BANKRUPTCY CASE: **05-17923 (ASH)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed pay the filing fee and file Designation of Items to be included in the Record as required by:

  _X_ FRBP 8006
  ___ Federal Rules of Civil Procedure (Rule _____)
  _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **October 31, 2007**
       New York, New York

Internal Control #: 6676

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

By: _____
    Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _11/14_ 20_07_
      New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J.Michael McMahon , Clerk
District Court, SDNY

By: _____
    Deputy Clerk